**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION**

| | |
|---|---|
| **GENWORTH LIFE AND ANNUITY INSURANCE COMPANY,** § § § § | |
| **Plaintiff,** § § | |
| **v.** § § | **Civil Action No. 7:15-cv-00072-O** |
| **SHERRIE ANN USELTON, Individually and as the Independent Executrix of the Estate of James Douglas Uselton, Deceased,** § § § § § | |
| **Defendant.** § | |

## <u>ORDER</u>

Before the Court is the parties' Agreed Judgment (ECF No. 18), filed November 4, 2015. The parties have indicated that they have agree to the entry of a judgment in favor of Plaintiff Genworth Life and Annuity Insurance Company ("Genworth") and against Defendant Sherrie Ann Uselton ("Uselton") in the principal amount of $84,203.96, plus interest after judgment on the foregoing at the rate of five percent (5%) per annum until paid in full, plus costs of court.

It is therefore **ORDERED, ADJUDGED, and DECREED** that Genworth have judgment against and recover from Uselton the principal amount of **EIGHTY-FOUR THOUSAND TWO HUNDRED THREE DOLLARS and 96/100 CENTS ($84,203.96)**, plus interest on the foregoing at the rate of five percent (5%) per annum from the date of this Order until paid in full, plus all costs of court, for all of which let execution issue. This Order is intended in all respects as final and appealable.

**SO ORDERED** on this **5th day** of **November, 2015.**

Reed O'Connor
**UNITED STATES DISTRICT JUDGE**